**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Roger Linwood Beahm, Jr. |
| Debtor 2 (Spouse, if filing) | Lee Ann Beahm |
| United States Bankruptcy Court for the: | Northern District of TEXAS (State) |
| Case number | 13-44446-rfn |

# Form 4100R  Amends Docket No. 114
# Amended Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 5-2

**Last 4 digits** of any number you use to identify the debtor's account: 5 5 6 2

**Property address:** 608 Cardinal Lane
Number    Street

Keller        TX    76248
City          State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   11/1/2018
MM / DD / YYYY

---

Form 4100R        **Response to Notice of Final Cure Payment**        page 1

| | | | |
|---|---|---|---|
| Debtor 1 | Roger Linwood Beahm, Jr. | Case number (*if known*) | 12-31872-HCM |
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X **/s/ Deanna Vargas**
Signature

Date  10 / 25 / 2018

Print: **Deanna   Vargas**
First Name   Middle Name   Last Name

Title: **Bankruptcy Specialist**

Company: **BSI Financial Services**

If different from the notice address listed on the proof of claim to which this response applies:

Address: **7505 Irvine Center Drive**
Number   Street

**Irvine**   **CA**   **92618**
City   State   ZIP Code

Contact phone ( **949** ) **201** – **4287**

Email _____

---

Form 4100R   **Response to Notice of Final Cure Payment**   page **2**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the 25th day of August, 2018.  Said Response was filed electronically.  Service was accomplished by the method and to the following as indicated.

      By: /s/ Richard Anderson
      RICHARD E. ANDERSON
      State Bar No. 01209010
      4920 Westport Drive
      The Colony, Texas 75056
      Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Roger Linwood Beahm, Jr.
608 Cardinal Lane  (Property)
Keller, TX 76248

DEBTOR
Lee Ann Beahm
608 Cardinal Lane  (Property)
Keller, TX 76248

DEBTORS' ATTORNEY
Carey Dalton Ebert
Ebert Law Offices
1726 Chadwick Court, Ste. 100,
Hurst, TX 76054

David B. Ebert
Ebert Law Office s
1726 Chadwick Ct., Suite 100
Hurst, TX 76054

TRUSTEE
Tim Truman
6851 N.E. Loop 820, Suite 300
N. Richland Hills, TX 76180

U.S. TRUSTEE
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

CREDITOR ATTORNEY

| | | |
|---|---|---|
| Jeffrey Michael Fleming<br>Barrett Daffin Frappier Turner & Engel<br>15000 SURVEYOR BLVD SUITE 100<br>ADDISON, TX 75001<br>972-341-5322<br>972-341-0678 (fax)<br>ndecf@BDFGROUP.com<br>  *Assigned: 04/21/2015* | representing | Wells Fargo Bank, N.A.<br>*(Creditor)* |
| Heather Gram-Chavez<br>Barrett Daffin Frappier Turner & Engel<br>15000 Surveyor Boulevard<br>Addison, TX 75001<br>(972) 341-5376<br>(972) 661-7725 (fax)<br>ndecf@bdfgroup.com<br>  *Assigned: 12/13/2016* | representing | Wells Fargo Bank, N.A.<br>*(Creditor)* |
| Kerry L. Haliburton<br>Naman, Howell, Smith & Lee, PLLC<br>PO Box 1470<br>Waco, TX 76703-1470<br>(254) 755-4100<br>(254) 754-6331 (fax)<br>haliburton@namanhowell.com<br>  *Assigned: 09/25/2014* | representing | Capital One Auto Finance<br>P.O. BOX 201347<br>ARLINGTON, TX 76006<br>*(Creditor)* |
| Melissa Linell Palo<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207<br>(214) 880-0089<br>(469) 221-5003 (fax)<br>melissa.palo@lgbs.com<br>  *Assigned: 10/09/2013* | representing | Tarrant County<br>CO Melissa L Palo<br>2323 Bryan Street, Ste 1600<br>Dallas, Tx 75201<br>*(Creditor)* |

| | | |
|---|---|---|
| Kirk A. Schwartz<br>ShapiroSchwartz, LLP<br>13105 Northwest Freeway, Suite 1200<br>Houston, TX 77040<br>(713) 933-1577<br>(847) 879-4856 (fax)<br>kschwartz@logs.com<br>  *Assigned: 06/21/2017* | Representing | CitiMortgage, Inc<br>PO Box 6030<br>Sioux Falls, SD 57117-6030<br>*(Creditor)* |
| Grant Matthew Tabor<br>Shapiro Schwartz, LLP<br>13105 Northwest Fwy.<br>Suite 1200<br>Houston, TX 77040<br>7134622565<br>8478794823 (fax)<br>txbknorthern@logs.com<br>  *Assigned: 06/29/2017* | representing | CitiMortgage, Inc<br>PO Box 6030<br>Sioux Falls, SD 57117-6030<br>*(Creditor)* |
| Steve Turner<br>Barrett Daffin Frappier Turner & Engel<br>3809 Juniper Trace, Suite 205<br>Austin, TX 78738<br>512-687-2500<br>512-477-1112 (fax)<br>ndecf@BDFGROUP.com<br>  *Assigned: 10/10/2013* | representing | Wells Fargo Bank, N.A.<br>*(Creditor)* |

<u>/s/ Richard E. Anderson</u>
RICHARD E. ANDERSON